IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WALLACE ROGERS, | : |
| Plaintiff, | : |
| VS. | : |
| | : CIVIL ACTION NO.: 5:12-CV-318 (MTT) |
| Warden GLEN JOHNSON, | : |
| Defendant. | : |

## ORDER

On December 5, 2012, the Court ordered Plaintiff **WALLACE ROGERS**, an inmate at Coffee Correctional Facility in Nicholls, Georgia, to supplement his 42 U.S.C. § 1983 complaint by answering six questions. The Court gave Plaintiff until December 26, 2012 to respond to the Order and specifically informed him that failure to respond would result in the dismissal of his complaint.

Plaintiff has not responded to the December 5, 2012 Order.

Because of his failure to comply with the Court's instructions, Plaintiff's 42 U.S.C. § 1983 action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 15th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb